PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN 267800)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

KEVIN ZIETZ (SBN 186244)
LAW OFFICES OF KEVIN M. ZIETZ
16055 Ventura Blvd., Suite 432
Encino, CA 91436
Telephone:    (818) 981-9200
Facsimile:    (818) 981-9201
Email: kevin@zietzlaw.com

Attorneys for Plaintiff,
ELANA DE BELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELANA DE BELLO,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE JOHN MUIR HEALTH GROUP DISABILITY PLAN; AND DOES 1 THROUGH 10 INCLUSIVE<br><br>Defendants. | Case No: CV 12-5510 RS<br><br>[~~PROPOSED~~] ORDER DISMISSING JOHN MUIR HEALTH GROUP DISABILITY PLAN WITHOUT PREJUDICE |
|---|---|

Pursuant to the stipulation of the parties that Liberty Life Assurance Company of Boston shall be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits, interest, attorneys' fees and/or costs that may result from this action as if it were the Plan; and Liberty Life Assurance Company of Boston shall not contend that the action has been rendered defective as a result of the Plan having been dismissed from this action at any time during the course of this litigation,

RC1/6776727.1/AFK

~~PROPOSED~~ ORDER DISMISSING PLAN
CASE NO. CV 12-5510 RS

IT IS ORDERED that the Plan is hereby dismissed from this action without prejudice, and each party shall bear its own attorney's fees and costs directly related to the dismissal of this Defendant.

**IT IS SO ORDERED**.

Dated: January 28, 2013

_____
Hon. Richard Seeborg