| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | ALEXIS F. KENT (SBN 267800) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA 94063-2052 |
| | Telephone:   (650) 364-8200 |
| 4 | Facsimile:   (650) 780-1701 |
| | Email: pcogan@rmkb.com, akent@rmkb.com |
| 5 | |
| | Attorneys for Defendant, |
| 6 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

1  PAMELA E. COGAN (SBN 105089)
   ALEXIS F. KENT (SBN 267800)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email: pcogan@rmkb.com, akent@rmkb.com
5
6  Attorneys for Defendant,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7  KEVIN ZIETZ (SBN 186244)
   LAW OFFICES OF KEVIN M. ZIETZ
8  16055 Ventura Blvd., Suite 432
   Encino, CA 91436
9  Telephone:   (818) 981-9200
   Facsimile:   (818) 981-9201
10 Email: kevin@zietzlaw.com

11 Attorneys for Plaintiff,
   ELANA DE BELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANA DE BELLO, | Case No: CV 12-5510 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING JOHN MUIR HEALTH GROUP DISABILITY PLAN WITHOUT PREJUDICE |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE JOHN MUIR HEALTH GROUP DISABILITY PLAN; AND DOES 1 THROUGH 10 INCLUSIVE | |
| Defendants. | |

Pursuant to the stipulation of the parties that Liberty Life Assurance Company of Boston shall be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits, interest, attorneys' fees and/or costs that may result from this action as if it were the Plan; and Liberty Life Assurance Company of Boston shall not contend that the action has been rendered defective as a result of the Plan having been dismissed from this action at any time during the course of this litigation,

IT IS ORDERED that the Plan is hereby dismissed from this action without prejudice, and each party shall bear its own attorney's fees and costs directly related to the dismissal of this Defendant.

**IT IS SO ORDERED**.

Dated: January 28, 2013

_____
Hon. Richard Seeborg