1   PAMELA E. COGAN (SBN 105089)
    ALEXIS F. KENT (SBN 267800)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3   Redwood City, CA  94063
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    E-mail:       pcogan@rmkb.com, akent@rmkb.com
5
    Attorneys for Defendant
6   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7   KEVIN ZIETZ (SBN 186244)
    LAW OFFICES OF KEVIN M. ZIETZ
8   16055 Ventura Blvd., Suite 432
    Encino, CA 91436
9   Telephone: (818) 981-9200
    Facsimile: (818) 981-9201
10  Email: kevin@zietzlaw.com

11  Attorneys for Plaintiff,
    ELANA DE BELLO
12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15
16  ELANA DE BELLO,                      Case No: CV 12-5510 RS

17              Plaintiff,               **STIPULATION AND [PROPOSED] ORDER
                                         DISMISSING ACTION**
18  v.

19  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON; THE JOHN
20  MUIR HEALTH GROUP DISABILITY
    PLAN; AND DOES 1 THROUGH 10
21  INCLUSIVE,

22              Defendants.

23

24       It is hereby stipulated by and between Plaintiff Elana De Bello and Defendant Liberty Life

25  Assurance Company of Boston, through their respective attorneys of record, that the present

26  action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

27       **IT IS SO STIPULATED**.

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/6837650.1/AFK

STIP AND [PROPOSED] ORDER DISMISSING
ACTION, CASE NO. CV 12-5510 RS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1

Dated:  March 13, 2013                      LAW OFFICES OF KEVIN M. ZIETZ

2

3
                                            By:  /s/ *Kevin Zietz*
4                                                KEVIN ZIETZ
                                                 Attorneys for Plaintiff ELANA DE BELLO
5
Dated:  March 13, 2013                      ROPERS, MAJESKI, KOHN & BENTLEY
6

7
                                            By:  /s/ *Alexis F. Kent*
8                                                PAMELA E. COGAN
                                                 ALEXIS F. KENT
9                                                Attorneys for Defendant, LIBERTY LIFE
                                                 ASSURANCE COMPANY OF BOSTON
10

11

12
                                    **ORDER**
13

14      **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action

15 be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

16

17

18 Dated: March 13, 2013              _____
                                     Hon. Richard Seeborg
19

20

21

22

23

24

25

26

27

28

RC1/6837650.1/AFK                      - 2 -             STIP AND [~~PROPOSED~~] ORDER DISMISSING
                                                         ACTION, CASE NO. CV 12-5510 RS