| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | ALEXIS F. KENT (SBN 267800) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA  94063 |
| | Telephone:      (650) 364-8200 |
| 4 | Facsimile:       (650) 780-1701 |
| | E-mail:          pcogan@rmkb.com, akent@rmkb.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

KEVIN ZIETZ (SBN 186244)
LAW OFFICES OF KEVIN M. ZIETZ
16055 Ventura Blvd., Suite 432
Encino, CA 91436
Telephone: (818) 981-9200
Facsimile: (818) 981-9201
Email: kevin@zietzlaw.com

Attorneys for Plaintiff,
ELANA DE BELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANA DE BELLO,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE JOHN MUIR HEALTH GROUP DISABILITY PLAN; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No: CV 12-5510 RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

It is hereby stipulated by and between Plaintiff Elana De Bello and Defendant Liberty Life Assurance Company of Boston, through their respective attorneys of record, that the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

**IT IS SO STIPULATED**.

RC1/6837650.1/AFK

STIP AND [PROPOSED] ORDER DISMISSING
ACTION, CASE NO. CV 12-5510 RS

| | |
|---|---|
| Dated:  March 13, 2013 | LAW OFFICES OF KEVIN M. ZIETZ |
| | By: /s/ *Kevin Zietz* <br> KEVIN ZIETZ <br> Attorneys for Plaintiff ELANA DE BELLO |
| Dated:  March 13, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ *Alexis F. Kent* <br> PAMELA E. COGAN <br> ALEXIS F. KENT <br> Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

Dated: March 13, 2013                           _____
                                                                Hon. Richard Seeborg